UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUXURY AUTOS OF SMITHTOWN, INC. d/b/a AUDI OF SMITHTOWN and LUXURY AUTOS OF HUNTINGTON, INC., d/b/a AUDI OF HUNTINGTON,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA INC.,<br><br>　　　　　　　　　Defendant. | Civil Action No.<br>2:25-cv-06829-NJC-ARL<br><br><br>**NOTICE OF APPEARANCE** |

To:　　The clerk of the court and all parties of record

　　　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Volkswagen Group of America, Inc. d/b/a Audi of America Inc.  Defendant reserves all rights, challenges, and objections in this proceeding.

Dated: January 9, 2026

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ashley B. Summer*
　　　　　　　　　　　　　　　　　　　　　　　Ashley B. Summer, Esq.
　　　　　　　　　　　　　　　　　　　　　　　**Nelson Mullins Riley & Scarborough LLP**
　　　　　　　　　　　　　　　　　　　　　　　330 Madison Avenue, 27th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY  10017
　　　　　　　　　　　　　　　　　　　　　　　(212) 413-9036 – Telephone
　　　　　　　　　　　　　　　　　　　　　　　(646) 428-2610 – Facsimile
　　　　　　　　　　　　　　　　　　　　　　　ashley.summer@nelsonmullins.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Volkswagen Group of America, Inc. d/b/a Audi of America, Inc.*