

Ashley B. Summer
Attorney
T: (212) 413-9036
ashley.summer@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW
330 Madison Avenue
27th Floor
New York, NY 10017
T: (212) 413-9000  F: (646) 428-2610
nelsonmullins.com

January 16, 2026

**Via ECF**
The Honorable Nusrat J. Choudhury
100 Federal Plaza
Central Islip, NY 11722

**RE:   Consent Motion to Extend Defendant's Time to Answer Complaint**
*Luxury Autos of Smithtown, Inc. d/b/a Audi of Smithtown et al. v. Volkswagen Group of America, Inc. d/v/a Audi of America Inc.*; 2:25-cv-06829-NJC-ARL

Dear Judge Choudhury:

As counsel for Defendant Volkswagen Group of America, Inc. d/b/a Audi of America, Inc. ("AoA") in the above-captioned action, we write pursuant to Local Rule 7.1(e) and respectfully request an Order extending the time for AoA to answer or otherwise plead in response to the Complaint for twenty-one days. Counsel for Plaintiff consents to this requested extension.

The Complaint was served on AoA via ECF on December 31, 2025. AoA's Answer or other responsive pleading is currently due on January 21, 2026. However, the parties have agreed to meet to discuss the case and whether an early resolution is possible. In order to facilitate such ongoing negotiations, the parties have agreed for AoA to seek a twenty-one day extension of time for AoA to file a responsive pleading . In the event the discussions are not successful, AoA will have a deadline of February 11, 2026 to answer or otherwise plead in response to the Complaint. AoA has not previously sought to extend this deadline, and, as noted above, Plaintiff's counsel consents to this extension.

Based on the above, Defendant respectfully requests this Honorable Court to issue an Order granting a twenty-one day  extension of time for Defendant to Answer or otherwise plead in response to the Complaint until February 11, 2026.

Respectfully,

*/s/ Ashley B. Summer*

Ashley B. Summer

*Counsel for Defendant Volkswagen Group of America, Inc. d/b/a Audi of America, Inc.*

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | ILLINOIS | MARYLAND | MASSACHUSETTS | MINNESOTA
NEW YORK | NORTH CAROLINA | OHIO | PENNSYLVANIA | SOUTH CAROLINA | TENNESSEE | TEXAS | VIRGINIA | WEST VIRGINIA
4913-6741-9528 v.4